# United States District Court
# For The Western District of North Carolina
# Asheville Division

FREDA GOLDSTEIN, et al,

    Plaintiff(s),

vs.

BANK OF AMERICA, N.A.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:09cv329

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 24, 2010, Order.

Signed: March 24, 2010

Frank G. Johns, Clerk
United States District Court